**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | |
|---|---|
| Sarah Godfrey-Arambula,<br><br>Plaintiff,<br><br>v.<br><br>Morgan Properties Payroll Services, Inc.,<br><br>Defendant. | Civil Action No. 0:24-cv-03956-MGL-TER<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER** |

Pursuant to Local Civil Rule 6.01, D.S.C., Plaintiff Sarah Godfrey-Arambula ("Plaintiff") and Defendant Morgan Properties Payroll Services, Inc. ("Defendant") (collectively, the "Parties"), by and through undersigned counsel hereby move to extend the remaining deadlines in this action by ninety (90) days from the current unexpired deadlines and for other modifications set forth below to existing, unexpired deadlines in the Amended Scheduling Order entered on October 30, 2024, (ECF No. 18). In support of this Motion, the Parties respectfully shows the Court as follows:

The unexpired deadlines in the current Scheduling Order are as follows:

- **June 30, 2025:** Affidavits of Records Custodians
- **June 30, 2025:** Close of Discovery
- **September 12, 2025:** Mediation Completion
- **July 14, 2025:** Dispositive Motions

The deadlines now requested are as follows:

- **September 29, 2025:**[1] Affidavits of Records Custodians
- **September 29, 2025:**[2] Close of Discovery

[1] With the requested extension, this deadline falls on Sunday, September 28, 2025, therefore, September 29, 2025, is the first day that is not a "Saturday, Sunday or legal holiday," following the requested extension. *See* Fed. R. Civ. P. 6(a).

[2] *See* Note 2, *supra*.

- **October 13, 2025:** Mediation Completion
- **November 7, 2025:** Dispositive Motions

The Parties have exchanged written discovery requests and completed initial rounds of document productions. The Parties require an extension of time to conduct additional discovery, including, among others, to conduct depositions of individuals identified during discovery in order to further prepare for mediation, schedule and complete mediation, prepare and file dispositive motions, and prepare for trial. In addition, the Parties believe that the proposed modifications to the dipositive motion and mediation deadlines are necessary to promote the resolution of this matter at mediation.

This request is the second request to extend or otherwise modify the deadlines in this action. This Motion is made with just cause and in the interests of judicial economy and not made to cause undue delay or for other improper reasons. A proposed Second Amended Scheduling Order is being submitted to the Court contemporaneously with the filing of this motion.

**WHEREFORE**, the Parties respectfully request that this Court GRANT this motion and approve the proposed enlargement of time to extend the remaining deadlines to allow the Parties additional time to conduct necessary discovery and to exhaust mutual settlement efforts prior to the filing of dispositive motions.

**WE MOVE**:

s/ *Jacob J. Modla*
Jacob J. Modla, Federal Bar No. 12639
jake@cromerbabb.com
CROMER BABB & PORTER, LLC
1418 Laurel Street, Suite A
Columbia, SC 29211
Telephone: 803-799-9530

*Attorneys for Plaintiff*

**WE MOVE:**

s/ *Benjamin T. Hepner*
Benjamin T. Hepner, Bar No. 13250
bhepner@littler.com
LITTLER MENDELSON P.C.
110 E. Court Street, Suite 201
Greenville, SC 29601
Telephone: 864-775-3190

*Attorneys for Defendant*