**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | |
|---|---|
| Sarah Godfrey-Arambula,<br><br>Plaintiff,<br><br>v.<br><br>Morgan Properties Payroll Services, Inc.,<br><br>Defendant. | C/A No.: 0:24-cv-03956-MGL-TER<br><br>**ALTERNATIVE DISPUTE RESOLUTION ("ADR") STATEMENT AND CERTIFICATION** |

Pursuant to Local Civil Rule 16.03 and the Court's Scheduling Order dated October 1, 2025, the undersigned certifies that he has (1) provided Plaintiff Sarah Godfrey-Arambula with a copy of the Order to Conduct Mediation; (2) discussed the availability of mediation with the Plaintiff; and (3) discussed the advisability and timing of mediation with opposing counsel.

**CROMER BABB & PORTER, LLC**

BY: *s/ Jacob J. Modla*
Jacob J. Modla (Fed. #12639)
1418 Laurel Street, Suite A (29201)
Post Office Box 11675
Columbia, South Carolina 29211
Phone: 803-799-9530
jake@cromerbabb.com

Columbia, SC
October 27, 2025