**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | | |
|---|---|---|
| Sarah Godfrey-Arambula, | ) | |
| | ) | C/A No. 0:24-cv-03956-MGL-TER |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **NOTICE OF FILING AFFIDAVIT** |
| Morgan Properties Payroll Services, Inc., | ) | **OF RECORDS CUSTODIAN** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to this Court's Third Amended Scheduling Order [ECF No. 32] and Local Civil Rule 16.02(D)(3), Defendant Morgan Properties Payroll Services, Inc, hereby files and serves affidavits of records custodians offered for authentication of records for the following:

1. Tryon Medical Partners (Exhibit A)
2. Leah Merolillo (Exhibit B)

Respectfully submitted, this 13th day of November, 2025.

By: */s/ Benjamin T. Hepner*
William H. Foster (Fed. Bar No. 6221)
bfoster@littler.com
Benjamin T. Hepner, Bar No. 13250
bhepner@littler.com
LITTLER MENDELSON, P.C.
110 East Court Street, Suite 201
Greenville, SC 29601
Tel. No.: (864) 775-3193

*Attorneys for Defendant*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Sarah Godfrey-Arambula,<br><br>Plaintiff,<br><br>v.<br><br>Morgan Properties Payroll Services, Inc.,<br><br>Defendant. | Civil Action No.<br>0:25-cv-03956-MGL-TER |

**DECLARATION OF RECORDS CUSTODIAN**

COMES NOW, the undersigned Declarant, who states as follows:

1. My name is Heather Cansdale. I am over the age of 18 years and am competent to make this Declaration.

2. I am the custodian of records maintained by Rupal Badalyan, MD/Tryon Medical Partners and/or I have authority to certify to the authenticity of such records.

3. Pursuant to the Subpoena served upon Rupal Badalyan, MD/Tryon Medical Partners, I have reviewed our business records and files and have determined that the documents attached to this Declaration constitute true and accurate copies of all files, records, and other documents responsive to the Subpoena received in the above-styled case.

4. These records are kept and maintained as part of Rupal Badalyan, MD/Tryon Medical Partners' regularly conducted business activity and as a regular practice of Rupal Badalyan, MD/Tryon Medical Partners. These records were made at or near the time of the events recorded therein, by an individual with knowledge of those events or from information transmitted by someone with knowledge of those events.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of July, 2025.

Heather Cansdale – Qualified Witness
DECLARANT (Signature)

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Sarah Godfrey-Arambula,<br><br>Plaintiff,<br><br>v.<br><br>Morgan Properties Payroll Services, Inc.,<br><br>Defendant. | Civil Action No.<br>0:25-cv-03956-MGL-TER |

**DECLARATION OF LEAH MEROLILLO**

COMES NOW, the undersigned Declarant, who states as follows:

1. My name is Leah Merolillo. I am over the age of 18 years and am competent to make this Declaration.

2. Pursuant to the Subpoena served upon me, I have reviewed documents and electronically stored information and have determined that I have no documentation or information in my possession or control relating to any item in Exhibit A to the Subpoena received in the above-styled case.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23 day of July, 2025.

Leah C Merolillo
DECLARANT (Signature)